IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GREGORY ALLEN CLAYBON | ) | |
|     ID# 01267147 | ) | |
|         Plaintiff, | ) | |
| vs. | ) | No. 3:11-CV-0477-K |
| | ) | |
| DALLAS COUNTY DISTRICT | ) | |
| ATTORNEY'S OFFICE, ET AL., | ) | |
|         Defendant. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and Plaintiff's objections/rebuttal thereto filed on March 15, 2011, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Plaintiff's request to file a second and successive writ, filed on March 15, 2011, is **DENIED.**

SO ORDERED.

SIGNED this 22nd day of March, 2011.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE